UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA MAYE, et al.,<br>        Plaintiffs,<br>    v.<br>COUNTY OF SONOMA, et al.,<br>        Defendants. | Case No.  14-cv-02841-KAW<br><br>ORDER TO SHOW CAUSE |

On August 14, 2014, the Court dismissed Plaintiff Lynda Maye's complaint with leave to amend and denied her application to proceed *in forma pauperis* without prejudice. (Dkt. No. 4.) The Court ordered Plaintiff to file both a first amended complaint and an amended IFP application, or pay the filing fee, no later than September 26, 2014. *Id.*

To date, Plaintiff has not filed an amended complaint, filed an amended IFP application or paid the filing fee.  Plaintiff is, therefore, ordered to file her amended complaint on or before **January 9, 2015**, and respond to this order to show cause by explaining why she did not timely file her amended complaint and why this case should not be dismissed for failure to prosecute. The amended complaint and the response to the order to show cause should be filed separately. Additionally, Plaintiff shall file her amended IFP application, or pay the filing fee, on or before **January 9, 2015**.

In amending her complaint, Plaintiff may wish to consult an attorney.  Should she be unable to obtain counsel, she may wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: *http://cand.uscourts.gov/proselitigants*.  Plaintiff may also wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-

8982.

Plaintiff should be aware that an amended complaint will supersede or replace the original complaint, and the original complaint will thereafter be treated as nonexistent. *Armstrong v. Davis*, 275 F.3d 849, 878 n.40 (9th Cir. 2001), abrogated on other grounds by *Johnson v. Cal.*, 543 U.S. 499 (2005). The first amended complaint must, therefore, be complete, in itself, without reference to the prior or superseded pleading, as "[a]ll causes of action alleged in an original complaint which are not alleged in an amended complaint are waived." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) (citations omitted).

IT IS SO ORDERED.

Dated: November 26, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2