UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA MAYE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SONOMA, et al.,<br><br>        Defendants. | Case No.  14-cv-02841-KAW<br><br>**REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE; ORDER REASSIGNING CASE TO A DISTRICT JUDGE** |

On August 14, 2014, the Court dismissed Plaintiff Lynda Maye's complaint with leave to amend and denied her application to proceed in forma pauperis without prejudice. (Dkt. No. 4.) The Court ordered Plaintiff to file both a first amended complaint and an amended IFP application, or pay the filing fee, no later than September 26, 2014. *Id.* Plaintiff did not file an amended complaint, nor did she file an amended IFP application or pay the filing fee.

On November 26, 2014, the Court issued an order to show cause to Plaintiff to explain why she did not timely file her amended complaint and why this case should not be dismissed for failure to prosecute. (Dkt. No. 7.)  The Court also ordered that she file an amended complaint and file either an amended IFP application or pay the filing fee. *Id.* The date for responding to the order to show cause, filing an amended complaint, and an amended IFP application was January 9, 2015. *Id.* Further, the Court continued the case management conference until March 17, 2015.

Plaintiff did not respond to the OSC nor did she file any documents in connection with her case.  On March 17, 2015, the Court held a case management conference, but Plaintiff did not appear.

Federal Rule of Civil Procedure 41(b) permits the involuntary dismissal of an action or claim for a plaintiff's failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31

1  (1962) ("authority of a court to dismiss sua sponte for lack of prosecution has generally been
2  considered an 'inherent power'"). Unless otherwise stated, a dismissal under Rule 41(b) "operates
3  as an adjudication on the merits." Fed. R. Civ. P. 41(b).

4  As there is no operative complaint in this action, and Plaintiff has not consented to the
5  undersigned, the Court reassigns this action to a district judge and recommends that Plaintiff's
6  case be dismissed without prejudice for failure to prosecute.

7  Any party may file objections to this report and recommendation with the District Judge
8  within 14 days of being served with a copy. *See* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b). The
9  parties are advised that failure to file objections within the specified time may waive the right to
10 appeal the District Court's order. *IBEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-
11 5568, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).

12 IT IS SO RECOMMENDED.

13 Dated: April 7, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2